**Exhibit A to the Complaint**

**Location:** Willow Grove, PA  
**Total Works Infringed:** 39

**IP Address:** 151.199.249.251  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: BDBBBC216517FE71A99A8BD5D3BE4AB246D47751<br>File Hash:<br>22FA6E6CB9E8CBF0B29FD34CDA7AFE019B46157B821481C30056CA4ADCCFA4AE | 05-15-2023 19:44:37 | Tushy | 08-23-2020 | 09-05-2020 | PA0002255481 |
| 2 | Info Hash: 7E48E01F9E468FECC9A8F9F8C687E63C10C59821<br>File Hash:<br>4DE3766201B638F6321021143629C847956316D244BBA6F651FAE8DA07DF98CB | 05-15-2023 19:42:54 | Vixen | 12-10-2021 | 03-04-2022 | PA0002345787 |
| 3 | Info Hash: 1E5FE3376F06C4DD810492A25738B8765670BFC3<br>File Hash:<br>26006F643C518DFDB30CF06E442901D473E4DFA325AD3F212E605C834F80EAEC | 05-15-2023 19:41:48 | Vixen | 07-17-2020 | 08-11-2020 | PA0002252259 |
| 4 | Info Hash: F1395942DA1D2B0D285DD5D793F4D3904FEBD794<br>File Hash:<br>03DE25C71A2D7E382224012F26C5E8A4541636F86B4EA05786F62FD134940903 | 05-01-2023 14:35:17 | Blacked | 06-04-2022 | 06-27-2022 | PA0002354990 |
| 5 | Info Hash: 0BF2F77667DA2D5179A2C98B9962C4E361CB7630<br>File Hash:<br>4898712AD01A587C38B2725F1FBEADD1E3049546F5C03B5B7A991E6A436B5D9D | 05-01-2023 14:35:12 | Tushy | 10-16-2022 | 11-27-2022 | PA0002388606 |
| 6 | Info Hash: F25817E594908EA8A9E9E38596A20DA2D2230ADA<br>File Hash:<br>1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 05-01-2023 12:43:02 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |
| 7 | Info Hash: 6A9595B7BC43E798EE6C495FB4E4C1C28D103DFF<br>File Hash:<br>0FAF1BD84DD1F1005497AEDDD3649804BE5D96D2155FEAA6E209723885F72F4C | 04-30-2023 13:26:05 | Blacked | 12-26-2020 | 01-05-2021 | PA0002269952 |
| 8 | Info Hash: D953E392C297913CDBDFCE65BCF4DF39F6D492E1<br>File Hash:<br>0ED72D2222E7721033B25678879CBA2CBB194E14288295CB78F4A1D3B97268A3 | 04-30-2023 13:24:51 | Vixen | 05-24-2019 | 07-17-2019 | PA0002188303 |
| 9 | Info Hash: 4B15FD06165A2EB0D090A8B729C9AF1FB7EC84C3<br>File Hash:<br>FD99FFDCDA870EFE4F9FA4399116BE744D367F6274274B449546F067B01E4F2B | 04-30-2023 10:00:23 | Blacked | 08-13-2019 | 08-22-2019 | PA0002195504 |
| 10 | Info Hash: D31CBC39E31EA20141EB847E24725F06CFC004AB<br>File Hash:<br>942CEC810CF3D9ADBDAA1AAA8A30606E57BABF8D0CAF9139AEC3DEC79B390C4B | 04-28-2023 13:39:19 | Blacked | 04-05-2017 | 06-05-2017 | PA0002052859 |
| 11 | Info Hash: 1BB2EF62252597B1353F2947F015A86982A0E19F<br>File Hash:<br>F41BE8C6350F2DB9D42BCFC852F0226B8CF802B79821D9C42A3895FCCFC5E94A | 04-27-2023 01:12:52 | Vixen | 07-28-2019 | 08-22-2019 | PA0002195513 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: BD08CDC4AB37B1F288F5D245BC77FD72EC17895E<br>File Hash: 9F66A4E0A7591B21704D3FFF246FBA254A816C87D2801350AB7A05FA1398CBB9 | 04-27-2023 01:11:38 | Tushy | 07-05-2019 | 08-27-2019 | PA0002213300 |
| 13 | Info Hash: 259A2C3790345E1C8DE8609B1D36987D0AA87E7C<br>File Hash: F8706D2AC4AD84950FE809E3931FA53CB4295A3A8C21442E8B83FBBC680A592C | 04-26-2023 19:35:52 | Blacked | 10-12-2018 | 10-28-2018 | PA0002130455 |
| 14 | Info Hash: 2B39E8BE3264118FDEBF249E0232BAC3E34FF5E1<br>File Hash: 23A28DCCFBB5FE6197214DAA0A95D36F67F4E510BF1C236306CA781FE9EAE24B | 04-20-2023 23:45:24 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 15 | Info Hash: 9B0868ADF354DAA85E0ECB8C1DF783A6D1829660<br>File Hash: A054D0D2AA55E9326D3B0F091CE06AF5C4E95E0C686E69DEBD44C9F50FB47ACE | 04-20-2023 19:46:34 | Tushy | 08-09-2019 | 09-11-2019 | PA0002199987 |
| 16 | Info Hash: AE1E63C738F0395E80CE586DB9CF5726707324B7<br>File Hash: 4813C4272BC4E97B0C572A9ACCCCAAA8A0DF79113B71EECA9E128E7F1BF14F40 | 04-20-2023 00:53:54 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 17 | Info Hash: C7DBB7401AB0BBD41AE23CE6443DE6A5AD4E47DA<br>File Hash: 2FDBFE4079E8F6F7897B1A65D8A7C6A97ACF1CEC928105DF9E83DAFAE121B75A | 04-16-2023 13:19:01 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 18 | Info Hash: 8030A2C2D9E0F5481E3C80D541551981755B92D6<br>File Hash: B464C3DB5D6D549844F1F473EEFE97D23D21947CC0099568B87EEB5B39E2427C | 04-11-2023 17:00:00 | Blacked Raw | 12-18-2019 | 02-03-2020 | PA0002225563 |
| 19 | Info Hash: 26AD89FE5BDD6917A7A348FDCB9B0EE6B2C89485<br>File Hash: F15D07A2F38ADA29E834F5A4CD79D31CA38F1D473095750A16C23474FC797DA7 | 04-11-2023 16:59:05 | Blacked | 09-07-2018 | 10-16-2018 | PA0002127772 |
| 20 | Info Hash: 590982CE540169A6C4BFFF339BB1AB34D3899712<br>File Hash: DEDB8C053250B2221037A435F750DC45CC57F1529C183017596DF2B6285821CB | 04-11-2023 16:56:09 | Tushy | 08-24-2018 | 11-01-2018 | PA0002143429 |
| 21 | Info Hash: 12FF1B0FFE5A134A6044D139F0BDA0A1FCA563E6<br>File Hash: E765C142295B509BE1D38781224D2AD5C2F8D8FF756C68A4B6F38F880BC79F0A | 04-11-2023 16:43:14 | Tushy | 06-05-2019 | 07-17-2019 | PA0002188310 |
| 22 | Info Hash: 576A4437D472390C262B8740FC8804E887587AE0<br>File Hash: F8262F2B67B0468A2D9718D69433ECEA0C79480775A13AD1AEFC9355CAA3890F | 04-09-2023 14:15:42 | Blacked | 06-19-2019 | 08-27-2019 | PA0002213298 |
| 23 | Info Hash: 73098F3107FBE8E4AE1441F54DB3A42BC0D2E71E<br>File Hash: C88CE55D4CA442C9F66D7DA0732C0FCBEECEEBB72667F2A8722F0DE553A7990D | 04-09-2023 13:50:40 | Blacked Raw | 02-06-2018 | 02-20-2018 | PA0002104186 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 91383E068F670EB236C053B4612F4DDBFAD4D27E<br>File Hash: 4A2FE7BB5EF499FA20ECE09632ACF09663C00C8393467CEECDADF7376F5E18C0 | 04-07-2023 20:33:04 | Blacked Raw | 01-27-2019 | 03-24-2019 | PA0002184066 |
| 25 | Info Hash: EA8A415D6E56D1DD4B3F444CEFBEB86790AE0B11<br>File Hash: E65ADFC198F21D8303A1094DD0BE8BD07040ABEBF52FAAFEDB709989FE23B706 | 04-07-2023 18:31:51 | Tushy | 09-18-2022 | 10-05-2022 | PA0002373759 |
| 26 | Info Hash: 50E15D2CBEC667D65E27914E8CD54CFC687BA554<br>File Hash: 894EB6B77308919ACE1143A162DF1B62024AC823EACDFAD00FFF7795200FA6E8 | 04-06-2023 14:43:21 | Vixen | 10-11-2018 | 10-28-2018 | PA0002130457 |
| 27 | Info Hash: 6139AEF3696F83F031C0ED30F17BE4D3EA235E43<br>File Hash: 2FD586D8D4834490E7A7E5E87786872FAB9995B981C78EB30DA5C3ACB75F4208 | 04-06-2023 14:41:23 | Vixen | 04-24-2019 | 06-03-2019 | PA0002178769 |
| 28 | Info Hash: 74964D3B38DB0C336AE21C64536CCC10081EBDDF<br>File Hash: 296984FF61F9590FBD6049CF61271D6BFAE9D17CD3D76DAA5B4CAFD611B822C4 | 03-12-2023 09:27:11 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |
| 29 | Info Hash: 580E5F377A9B21CE08E2D9838137776B28D9701F<br>File Hash: 0B2FBEF512B6EB27306D790E5A2AFF94249B81068695BFD92C70456AD5C0DDAB | 03-12-2023 06:25:15 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |
| 30 | Info Hash: B72D3C77D269B4C27197B79F5D0E68B4E1A7E096<br>File Hash: 68DBA67F87A3288D3A5A6A51EC1D0960433A5BCC83951225689821A459169942 | 03-10-2023 16:10:05 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 31 | Info Hash: E8FDE02B470854F96FE03570C920B30F274A14E2<br>File Hash: 7BC233DB3D87ADD25BD2E98D104D1D41EFB5AA2CC05F1C46B2F5A347566E5458 | 03-10-2023 16:09:33 | Tushy | 08-14-2018 | 09-01-2018 | PA0002119587 |
| 32 | Info Hash: 7C99E492EC61646CED06952C682B68AACFCD7C33<br>File Hash: 7065F8A4A31E575DD63240B683BF3D1777AFE7B881F5FD81849D9BD1F9CE80DA | 02-25-2023 16:24:40 | Vixen | 02-23-2019 | 04-29-2019 | PA0002169931 |
| 33 | Info Hash: E80911DFB9A223C1D65056D1A4E2AD4B8EAFE8D9<br>File Hash: 4FAEE6CF727194788E1E339165C431B7DEC10D918A13820CECE400DECA50CDD9 | 02-25-2023 16:18:40 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 34 | Info Hash: B130E19A6EEF2E4D60D3661116FFE8440CD401F8<br>File Hash: 6937A7778D7753D33CCA08323009E3A32A25E3D69A327CAFDE357AB7AD705752 | 02-25-2023 16:17:53 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 35 | Info Hash: 14C05DD49CADBA8851E1E30C645E9C5B4DDE3F90<br>File Hash: 7BA85222B0DC256CD081071B2B77A6309B1DBD7D354CD544211B6C2E19F47D9E | 02-08-2023 18:49:17 | Vixen | 02-28-2019 | 03-31-2019 | PA0002163973 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: E4FA6F6310C5461AAE5D2DC4A45FA4D9AC45D9F6<br>File Hash:<br>FFD661F165FC79B5068F4AF328277B43185657E42070A3D07F13C01C30D0D792 | 02-08-2023<br>18:46:49 | Blacked | 04-05-2018 | 04-17-2018 | PA0002116752 |
| 37 | Info Hash: 4494BECF6E8B12F5A6A7309B19CD1F5D28E6F481<br>File Hash:<br>C95F620224D394112590ECA7FE134F7C81D97350364A2E53882FC3E8FEFF19B4 | 02-08-2023<br>16:30:11 | Blacked Raw | 02-21-2018 | 03-02-2018 | PA0002104741 |
| 38 | Info Hash: 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44<br>File Hash:<br>A32388956F651267AF522E07EFE00B62EF01442B2652F8C5895F808AC7266FD3 | 02-08-2023<br>15:48:18 | Tushy | 01-11-2018 | 01-24-2018 | PA0002101766 |
| 39 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash:<br>22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 02-08-2023<br>15:46:18 | Tushy | 05-31-2018 | 07-14-2018 | PA0002131771 |